# EXHIBIT A

# CLA | CONSUMER LITIGATION ASSOCIATES

## Attorneys and Counselors at Law

Adam W. Short, Esquire
adam@clalegal.com

763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23601
Phone 757.930.3660
Fax 757.930.3662

October 4, 2024

**VIA: Federal Express**

Clerk
General District Court
Civil Division
150 Saint Paul's Boulevard, Room 3202
Norfolk, Virginia 23510

Re: Alicia Johnson and Jarrod Johnson v. Navy Federal Credit
Union Foundation
First Return: November 5, 2024 at 9:00 am

Dear Sir/Madam:

Enclosed please find the original Warrant in Debt along with two copies. Please process the paperwork for service by the Sheriff's department. I have enclosed a firm check in the amount of $65.00 to cover the cost of same.

Thank you for your kind attention in this regard.

Sincerely,

Dawn M. Chaffer
Assistant to Adam W. Short

/dmc

Enclosures
cc. Navy Federal Credit Union Foundation, c/o Corporation Service Company, R/A, 100 Shockoe Slip, Fl. 2, Richmond, Virginia 23219

**WARRANT IN DEBT** (Civil Claim for Money)

Commonwealth of Virginia    VA. CODE § 16.1-79

........................................ Norfolk ........................................ General District Court
CITY OR COUNTY

150 Saint Paul's Blvd., Room 3202
STREET ADDRESS OF COURT

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summons the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on

........................................................................ to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

........................................        ........................................
DATE ISSUED        [ ] CLERK    [ ] DEPUTY CLERK    [ ] MAGISTRATE

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$ 25,000.00 ............ net of any credits, with interest at ........ 6.00 % from date of ...... 8/15/2024 ...... until paid,

$ 65.00 ............ costs and $ REASONABLE .... attorney's fees with the basis of this claim being

[ ] Open Account  [ ] Contract  [ ] Note  [X] Other (EXPLAIN)

Violation of the Federal Electronic Funds and Transfers Act 15 U.S.C. 1693

HOMESTEAD EXEMPTION WAIVED?  [ ] YES  [ ] NO  [X] cannot be demanded

10/4/2024 ........................    _Adam W. Short_
DATE        [ ] PLAINTIFF  [X] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYEE/AGENT

**CASE DISPOSITION**

JUDGMENT against [ ] named Defendant(s) [ ] ........................................................................

for $ ........................ net of any credits, with interest at ............ % from date

of ...................... until paid, $ ........................ costs and $ ........................ attorney's fees

[ ] and $ ........................ costs for Servicemember Civil Relief Act counsel fees

HOMESTEAD EXEMPTION WAIVED?  [ ] YES  [ ] NO  [ ] CAN NOT BE DEMANDED

[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ........................................................................

........................................................................

[ ] NON-SUIT  [ ] DISMISSED ........................................................................

Defendant(s) Present:  [ ] NO  [ ] YES ........................................................................

........................................        ........................................
DATE        JUDGE

FORM DC-412 (FRONT) 10/22

---

CASE NO.

........................................

PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

Johnson, Alicia & Johnson, Jarrod
ADDRESS

1240 Little Bay Ave.

Norfolk, VA 23503

**v.**

DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

Navy Federal Credit Union Foundation
ADDRESS

Corporation Service Company; R.A.

100 Shockoe Slip Fl. 2, Richmond, VA. 23219

---

## WARRANT IN DEBT

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice of the reverse about requesting a change of trial location.

[ ] To dispute this claim, you **must** appear on the return date to try this case.

[ ] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars ........................    ........................
ORDERED        DUE

Grounds of Defense ........................    ........................
ORDERED        DUE

ATTORNEY FOR PLAINTIFF(S)

Adam W. Short, Esq.
........................................

Consumer Litigation Associates, P.C.
........................................

ATTORNEY FOR DEFENDANT(S)

........................................

........................................

---

**HEARING DATE AND TIME**

11/5/24 @ 9:00am

........................................

........................................

........................................

........................................

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

........................................
DATE

........................................
CLERK

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc., contact the court ahead of time.

**RETURNS: Each defendant was served according to law, as indicated below, unless not found.**

NAME.................................................................

.............................................................................

ADDRESS .................................................

.............................................................................

[ ] PERSONAL SERVICE | Tel. No. ..............................

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport.  List name, age of recipient, and relation of recipient to party named above.

_____

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)  ·

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND    _____
                 SERVING OFFICER

.................... for_____
DATE

---

NAME ..............................................................

............................................................................

ADDRESS ................................................

............................................................................

[ ] PERSONAL SERVICE | Tel. No. ..............................

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport.  List name, age of recipient, and relation of recipient to party named above.

_____

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND    _____
                 SERVING OFFICER

.................... for _____
DATE

---

NAME ...............................................................

............................................................................

ADDRESS ................................................

............................................................................

[ ] PERSONAL SERVICE | Tel. No. ..............................

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport.  List name, age of recipient, and relation of recipient to party named above.

_____

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND    _____
                 SERVING OFFICER

.................... for_____
DATE

---

**OBJECTION TO VENUE:**

To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' name(s) and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

I certify that I mailed a copy of this document to the defendants named therein at the address shown therein on

10/4/2024
DATE

[ ] Plaintiff
[X] Plaintiff's Atty.
[ ] Plaintiff's Agent

Fi. Fa. issued on ...........................................................................

Interrogatories issued on: ...........................................................

Garnishment issued on ...............................................................

...........................................................................................................

FORM DC-412, DC-414, DC-428 (REVERSE) REVISED 07/04



**CLA** | CONSUMER LITIGATION ASSOCIATES

Attorneys and Counselors at Law

763 J. Clyde Morris Blvd., Suite 1A
Newport News, Virginia 23601



RICHMOND VA RPDC 230

4 OCT 2024 PM 5

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 23601
02 7H
0001298257

$ 000.69⁰

OCT 04 2024

Navy Federal Credit Union Foundation, c/o
Corporation Service Company, R/A, 100 Shockoe
Slip, Fl. 2, Richmond, Virginia 23219

23219-410002