# EXHIBIT B

**VIRGINIA:**

**IN THE NORFOLK GENERAL DISTRICT COURT**

| | | |
|---|---|---|
| ALICIA JOHNSON and JARROD JOHNSON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **Case No. GV24021057-00** |
| | ) | |
| NAVY FEDERAL CREDIT UNION FOUNDATION, | ) | |
| | ) | |
| Defendant. | ) | |

---

**NOTICE OF FILING NOTICE OF REMOVAL**

COMES NOW Defendant Navy Federal Credit Union Foundation ("Navy Federal") by counsel, and hereby gives notice that a Notice of Removal of this Action from the Norfolk General District Court to the United States District Court for the Eastern District of Virginia, Norfolk Division (a copy of which is attached hereto without its attachments as **Exhibit 1**) was timely filed on November 6, 2024 in the United States District Court for the Eastern District of Virginia, Norfolk Division, thereby effecting removal of this action, and pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further.

Respectfully submitted:

Dated: November 6, 2024

By: _____
David M. Gettings (Bar No. 80394)
Amanda K. Blackmon (Bar No. 87326)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
Telephone: 757.687.7577
Facsimile: 757.687.7510
dave.gettings@troutman.com
amanda.blackmon@troutman.com

*Attorney for Navy Federal Credit Union Foundation*

**CERTIFICATE OF SERVICE**

I certify that on November 6, 2024, I caused to be filed the foregoing *Notice of Filing*

*Notice of Removal* and sent via Federal Express to the Plaintiffs' counsel of record:


Adam W. Short
Consumer Litigation Associates
763 J. Clyde Morris Blvd., Suite 1A
Newport News, Virginia 23601

By: */s/ David M. Gettings*
David M. Gettings (Bar No. 80394)
*Attorney for Navy Federal Credit Union*

303845216