UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JARROD JOHNSON and ALICIA
JOHNSON,

       Plaintiffs,

   v.                                       Civil Action No. 2:24cv654

NAVY FEDERAL CREDIT UNION
FOUNDATION,

       Defendant.

## ORDER

This matter is before the Court on the Defendant's Notice of Settlement with Plaintiffs Alicia Johnson and Jarrod Johnson. ECF No. 7. On December 17, 2024, the Clerk advised the parties that the case would be dismissed with prejudice if the parties did not submit an appropriate dismissal order within eleven days of the notice. On December 27, 2024, Plaintiffs filed a Consent Motion for Extension of Dismissal Deadline. ECF No. 8. That Motion was granted and the parties' deadline for filing a dismissal order was extended to January 6, 2025. ECF No. 10. No dismissal order was filed, and the parties' time to do so has passed. Therefore, this matter is DISMISSED WITH PREJUDICE.

The Clerk is directed to send an electronic copy of this Order to all counsel of record.

It is SO ORDERED.

                                     /s/
                                  Elizabeth W. Hanes
                                  United States District Judge

Norfolk, Virginia
Date: January 14, 2025